IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40783
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MIGUEL ANGEL SILVA-ZUNIGA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-202-1
- - - - - - - - - -

June 15, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Miguel Angel Silva-Zuniga (Silva) has filed a motion to withdraw as counsel and a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Silva has not filed a response to counsel's motion and brief. Our independent review of counsel's brief and the record on appeal discloses no nonfrivolous issues. Accordingly, counsel's motion to withdraw is granted, and the APPEAL IS DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.